THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
   *v.* ROY CHAMPLIN, Appellant.

(Argued March 2, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Supreme Court, ren-
dered May 22, 1915, at a Trial Term for the county of
Allegany, upon a verdict convicting the defendant of the
crime of murder in the first degree.

*Jesse L. Grantier* and *Francis B. O'Connor* for appellant.

*James T. Ward, District Attorney,* for respondent.

Judgment of conviction affirmed ; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.